J. RUSSELL STEDMAN (SBN 117130)
rstedman@mail.hinshawlaw.com
TRAVIS R. WALL (SBN 191662)
twall@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     (415) 362-6000
Facsimile:     (415) 834-9070

SPENCER Y. KOOK (SBN 205304)
skook@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street
Forty-Seventh Floor
Los Angeles, CA 90071
Telephone:     (213) 680-2800
Facsimile:     (213) 614-7399

Attorneys for Defendants
APPLIED UNDERWRITERS INC.,
APPLIED UNDERWRITERS CAPTIVE
RISK ASSURANCE, INC., CALIFORNIA
INSURANCE COMPANY, INC, and
APPLIED RISK SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., AND CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND CORRESPONDING DEADLINES**<br>**[L.R. 144]**<br><br>Complaint Filed:   January 26, 2016 |

Plaintiff SHASTA LINEN SUPPLY, INC. ("Plaintiff") and Defendants APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,

("Defendants") (collectively "the Parties"), through their counsel stipulate as follows:

**RECITALS**

1. Plaintiff filed the Class Action Complaint initiating this action on or about January 26, 2016. Plaintiff did not serve Defendants with the original Class Action Complaint.

2. Plaintiff filed its First Amended Class Action Complaint ("FAC") on or about April 8, 2016.

3. Defendants were served with a summons and the FAC on April 12, 2016.

4. Pursuant to the Court's January 26, 2016 Order Re: Status (Pretrial Scheduling) Conference, a Scheduling Conference is scheduled for May 9, 2016.

5. Given the recent date on which Defendants were served with a summons and the FAC, the Parties agree that a continuance of four weeks of the Scheduling Conference and its corresponding deadlines is necessary for a meaningful and productive Rule 26(f) attorney conference and initial Scheduling Conference

6. This is the Parties' first request for a continuance of the Scheduling Conference and corresponding deadlines. The continuation will not affect any other scheduled dates or deadlines. The Parties do not anticipate the need for a further continuance.

**STIPULATION**

The Parties hereby stipulate pursuant to Civil Local Rule 144(a) that the initial Scheduling Conference is continued by four weeks from May 9, 2016 to June 6, 2016 at 1:30 p.m., and that the corresponding deadlines are extended as follows:

Deadline to confer as required by Federal Rule of Civil Procedure 26(f):  May 16, 2016;

Deadline to submit Joint Status Report:  May 23, 2016.

///
///
///
///
///

Dated: April 20, 2016                              HINSHAW & CULBERTSON LLP

                                          By: /s/ J. Russell Stedman
                                              J. RUSSELL STEDMAN
                                              SPENCER Y. KOOK
                                              TRAVIS R. WALL
                                              Attorneys for Defendants
                                              APPLIED UNDERWRITERS INC., APPLIED
                                              UNDERWRITERS CAPTIVE RISK
                                              ASSURANCE, INC., AND CALIFORNIA
                                              INSURANCE COMPANY, INC.

Dated: April 20, 2016                              FARMER SMITH & LANE, LLP

                                          By: /s/ Craig E. Farmer (as authorized on April 20, 2016)
                                              CRAIG E. FARMER
                                              JOHN L. HALL
                                              Attorneys for Plaintiff
                                              SHASTA LINEN SUPPLY, INC., on behalf of
                                              itself and all others similarly situated

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Craig E. Farmer, Esq., counsel for Plaintiff Shasta Linen Supply, Inc., for the filing of this stipulation.

                                              /s/ J. Russell Stedman
                                              J. RUSSELL STEDMAN

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: April 25, 2016

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE