UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS INC., a Nebraska Corporation; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., A British Virgin Islands company; CALIFORNIA INSURANCE COMPANY, a registered California insurance company; APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>Defendants. | CIV. NO. 2:16-00158 WBS AC |
| PET FOOD EXPRESS LTD., a California corporation and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS INC.; APPLIED UNDERWRITERS CAPTIVE | CIV. NO. 2:16-01211 MCE CKD |

1

|   |   |
|---|---|
| 1 | RISK ASSURANCE COMPANY, INC.; |
|   | CALIFORNIA INSURANCE COMPANY, |
| 2 | INC., and Does 1-50, inclusive, |
| 3 | Defendants. |

4                              ----oo0oo----

5          Examination of the above-entitled actions reveals that
6 these actions are related within the meaning of Local Rule
7 123(a) because both actions involve putative class actions
8 involving the same potential class members, same defendants, and
9 the same or similar facts, claims, and questions of law and fact.
10 Accordingly, the assignment of the matters to the same judge is
11 likely to effect a substantial saving of judicial effort and is
12 also likely to be convenient for the parties.
13          The parties should be aware that relating the cases
14 under Local Rule 123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the actions is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the judge to whom the first filed
18 action was assigned.
19          IT IS THEREFORE ORDERED that the actions denominated
20 Shasta Linen Supply, Inc. v. Applied Underwriters, Inc. et al.,
21 2:16-cv-00158 WBS AC, and Pet Food Express Ltd. v. Applied
22 Underwriters Inc. et al., No 2:16-cv-01211 MCE CKD, be, and the
23 same hereby are, deemed related and the case denominated Pet Food
24 Express Ltd. v. Applied Underwriters Inc. et al., No 2:16-cv-
25 01211 MCE CKD, shall be reassigned to the Honorable WILLIAM B.
26 SHUBB and Magistrate Judge ALLISON CLAIRE.  Any dates currently
27 set in the reassigned case only are hereby VACATED.  Henceforth,
28

                                    2

1 the caption on documents filed in the reassigned case shall be
2 shown as <u>Pet Food Express Ltd. v. Applied Underwriters Inc. et
3 al.</u>, No 2:16-cv-01211 WBS AC.
4     IT IS FURTHER ORDERED that the Clerk of the Court
5 make appropriated adjustment in the assignment of civil cases to
6 compensate for this reassignment.
7 Dated: June 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE