J. RUSSELL STEDMAN (SBN 117130)
rstedman@mail.hinshawlaw.com
TRAVIS R. WALL (SBN 191662)
twall@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     (415) 362-6000
Facsimile:     (415) 834-9070

SPENCER Y. KOOK (SBN 205304)
skook@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street
Forty-Seventh Floor
Los Angeles, CA 90071
Telephone:     (213) 680-2800
Facsimile:     (213) 614-7399

Attorneys for Defendants
APPLIED UNDERWRITERS INC.,
APPLIED UNDERWRITERS CAPTIVE
RISK ASSURANCE, INC., CALIFORNIA
INSURANCE COMPANY, INC, and
APPLIED RISK SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., AND CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>        Defendants. | Case No. CV 16-158-WBS-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND CORRESPONDING DEADLINES<br><br>[L.R. 144]<br><br>Complaint Filed:   January 26, 2016 |

Plaintiff SHASTA LINEN SUPPLY, INC. ("Plaintiff") and Defendants APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC., ("Defendants") (collectively "the Parties"), through their counsel stipulate as follows:

**RECITALS**

1. Plaintiff filed the Class Action Complaint initiating this action on or about January 26, 2016. Plaintiff did not serve Defendants with the original Class Action Complaint.

2. Plaintiff filed its First Amended Class Action Complaint ("FAC") on or about April 8, 2016.

3. Defendants were served with a summons and the FAC on April 12, 2016.

4. Pursuant to the Court's January 26, 2016 Order Re: Status (Pretrial Scheduling) Conference, a Status Conference was originally scheduled for May 9, 2016.

5. Pursuant to stipulation, the Court continued the initial status conference to June 6, 2016. Dkt. No. 15.

6. On May 13, 2016, by minute order, Court continued that status conference to July 18, 2016. Dkt. No. 20.

7. On June 7, 2016, the Court entered a Related Case Order, relating this action with another putative class action involving the same potential class members and same defendants, entitled *Pet Food Express Ltd. v. Applied Underwriters, Inc.*, No. 2:16-cv-01211 WBS AC.

8. The Court has scheduled the initial status conference in the *Pet Food* case for September 26, 2016 at 1:30 PM.

9. Given the fact that the two putative class actions involve similar parties and claims, the Parties agree that it would be beneficial to continue the initial status conference in this case to coincide with that in *Pet Food*. That way, the parties in both actions can coordinate case management and scheduling issues.

10. This is the Parties' second request for a continuance of the Status Conference and corresponding deadlines. The continuation will not affect any other scheduled dates or deadlines.

1. The Parties do not anticipate the need for a further continuance.

# STIPULATION

The Parties hereby stipulate pursuant to Civil Local Rule 144(a) that the initial Status (Pretrial Scheduling) Conference is continued from July 18, 2016 to **September 26, 2016 at 1:30 p.m.**, and that the corresponding deadlines are extended as follows:

Deadline to confer as required by Federal Rule of Civil Procedure 26(f): **September 5, 2016**;

Deadline to submit Joint Status Report:  **September 12, 2016**.

Dated:  June 24, 2016                             HINSHAW & CULBERTSON LLP

By: /s/ Travis R. Wall
J. RUSSELL STEDMAN
SPENCER Y. KOOK
TRAVIS R. WALL
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., AND CALIFORNIA INSURANCE COMPANY, INC.

Dated:  June 24, 2016                             FARMER SMITH & LANE, LLP

By: /s/ Craig E. Farmer (as authorized on June 24, 2016)
CRAIG E. FARMER
JOHN L. HALL
Attorneys for Plaintiff
SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated

# SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Craig E. Farmer, Esq., counsel for Plaintiff Shasta Linen Supply, Inc., for the filing of this stipulation.

/s/ Travis R. Wall
TRAVIS R. WALL

1  **GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

2  Dated: June 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE