J. RUSSELL STEDMAN (SBN 117130)
rstedman@mail.hinshawlaw.com
TRAVIS R. WALL (SBN 191662)
twall@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    (415) 362-6000
Facsimile:    (415) 834-9070

SPENCER Y. KOOK (SBN 205304)
skook@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street
Forty-Seventh Floor
Los Angeles, CA 90071
Telephone:    (213) 680-2800
Facsimile:    (213) 614-7399

Attorneys for Defendants
APPLIED UNDERWRITERS INC.,
APPLIED UNDERWRITERS CAPTIVE
RISK ASSURANCE, INC., CALIFORNIA
INSURANCE COMPANY, INC, and
APPLIED RISK SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., AND CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[L.R. 144]**<br><br>Complaint Filed:   January 26, 2016 |

Plaintiff SHASTA LINEN SUPPLY, INC. ("Plaintiff") and Defendants APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC., ("Defendants") (collectively "the Parties"), through their counsel stipulate as follows:

**RECITALS**

1. Plaintiff filed the Class Action Complaint initiating this action on or about January 26, 2016. Plaintiff did not serve Defendants with the original Complaint.

2. Plaintiff filed its First Amended Class Action Complaint ("FAC") on or about April 8, 2016.

3. Defendants were served with a summons and the FAC on April 12, 2016.

4. Pursuant to Local Rule 144(a), the Parties stipulated on April 22, 2016 to extend the deadline to answer or otherwise respond to the FAC from May 3, 2016 to May 17, 2016. Dkt. No. 6.

5. On May 13, 2016, Defendants filed their Motion to Dismiss Plaintiff's FAC.

6. On June 20, 2016, the Court issued its Order granting, in part, and denying in all other respects Defendants' Motion to Dismiss.

7. On June 24, 2016, the Court, per stipulation, continued the initial Status (Pretrial Scheduling) Conference from July 18, 2016 to September 26, 2016. The Parties' deadline to confer per Federal Rule of Civil Procedure 26(f) was extended to September 5, 2016, and the Joint Status Report is due on September 12, 2016. Dkt. No. 32.

8. On June 27, 2016, Plaintiff filed its Motion for Reconsideration regarding the Court's June 20, 2016 Order granting, in part, and denying in all other respects Defendants' Motion to Dismiss. The hearing is set for August 8, 2016. Dkt. Nos. 33–35.

9. As a result of the Court's June 20, 2016 Order, and pursuant to Federal Rules of Civil Procedure 12(a)(4) and 6(d), Defendants' current deadline to answer or otherwise respond to the FAC is July 8, 2016.

10. In light of Plaintiff's pending motion for reconsideration, the continued initial Status (Pretrial Scheduling) Conference, and attorney vacation schedules, Defendants have asked for additional time to answer or otherwise respond to the FAC. Plaintiff is agreeable to an extension to July 20, 2016.

11. This is the second extension of the foregoing deadline. *See* Dkt. No. 6 (extension from May 3, 2016 to May 17, 2016). The extension will not affect any other scheduled dates or deadlines.

**STIPULATION**

The Parties hereby stipulate pursuant to Civil Local Rule 144(a) that Defendants' deadline to answer or otherwise respond to Plaintiff's FAC is extended from July 8, 2016 to July 20, 2016.

Dated: July 6, 2016                                     HINSHAW & CULBERTSON LLP

By: /s/ Travis Wall
J. RUSSELL STEDMAN
SPENCER Y. KOOK
TRAVIS R. WALL
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., AND CALIFORNIA INSURANCE COMPANY, INC.

Dated: July 6, 2016                                     FARMER SMITH & LANE, LLP

By: /s/ Craig E. Farmer (as authorized on July 5, 2016)
CRAIG E. FARMER
JOHN L. HALL
Attorneys for Plaintiff
SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Craig E. Farmer, Esq., counsel for Plaintiff Shasta Linen Supply, Inc., for the filing of this stipulation.

/s/ Travis R. Wall
TRAVIS R. WALL

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED**.

Dated: July 7, 2016

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE