# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-cv-00158-WBS-AC<br><br>**[~~PROPOSED~~] ORDER RE JOINT APPLICATION FOR EXTENSION OF TIME TO JOIN PARTIES AND/OR AMEND PLEADINGS** |
| PET FOOD EXPRESS LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., and CALIFORNIA INSURANCE COMPANY, INC.,<br><br>Defendants. | Case No. 2:16-cv-01211-WBS-AC<br><br>**[PROPOSED] ORDER RE JOINT APPLICATION FOR EXTENSION OF TIME TO JOIN PARTIES AND/OR AMEND PLEADINGS** |

In accordance with Rule 144 of the Local Rules of the Eastern District of California, Plaintiffs Shasta Linen, Inc. ("Shasta") and Pet Food Express, Ltd. Inc. ("PFE") (together with Shasta, "Plaintiffs") and Defendants Applied Underwriters, Inc. ("Applied"), Applied Underwriters Captive Risk Assurance, Inc. ("AUCRA"), California Insurance Company, Inc.

("CIC"), and Applied Risk Services, Inc. ("ARS") ("Defendants") (together with Plaintiffs, the "Parties"), have submitted a Joint Application for Extension of Time to Join Parties and/or Amend Pleadings (the "Joint Application").

Having considered the Joint Application, the Court hereby ORDERS that the deadline in each of the above-captioned cases for the Parties to join additional parties and amend their pleadings without further leave of Court is extended for 30 days from May 22, 2017 until June 21, 2017.

SO ORDERED.

Dated: May 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE