| | |
|---|---|
| 1 | SPENCER Y. KOOK (SBN 205304) |
| | skook@hinshawlaw.com |
| 2 | HINSHAW & CULBERTSON LLP |
| | 633 West 5th Street |
| 3 | Forty-Seventh Floor |
| | Los Angeles, CA 90071 |
| 4 | Telephone:  (213) 680-2800 |
| | Facsimile:  (213) 614-7399 |
| 5 | |
| | TRAVIS R. WALL (SBN 191662) |
| 6 | twall@hinshawlaw.com |
| | HINSHAW & CULBERTSON LLP |
| 7 | One California Street, 18th Floor |
| | San Francisco, CA 94111 |
| 8 | Telephone:  (415) 362-6000 |
| | Facsimile:  (415) 834-9070 |

Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS FOR PRE-TRIAL PURPOSES AND MODIFYING SCHEDULING ORDER**<br><br>Judge William B. Shubb |
| PET FOOD EXPRESS LTD., a California corporation and all those similarly situated and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.<br><br>　　　　Defendants. | Case No. 2:16-CV-01211-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS FOR PRE-TRIAL PURPOSES AND MODIFYING SCHEDULING ORDER**<br><br>Judge William B. Shubb |

# STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS FOR PRE-TRIAL PURPOSES AND MODIFYING CASE SCHEDULE

Whereas, there are two related class action lawsuits filed in this district, *Shasta Linen Supply, Inc. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-00158-WBS-AC and *Pet Food Express Ltd. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-0211-WBS-AC; both actions are putative class actions involving the same parties and similar claims;

Whereas, on June 21, 2017, the Plaintiffs in both actions filed amended complaints that are essentially identical and that, among other changes, add a new civil RICO claim;

Whereas, the amended complaint in the *Pet Food* action also added a new plaintiff, Alpha Polishing, Inc. d/b/a General Plating Co., and a new defendant, Applied Risk Services, Inc.; with the addition of Applied Risk Services, Inc. to the *Pet Food* action, the defendants in both actions are the same;

Whereas, consolidation of these related actions will promote judicial economy, avoid duplicative law and motion and discovery proceedings, and streamline adjudication of these matters;

Whereas, the current scheduling orders in both cases set the following deadlines:

**Discovery**

| | |
|---|---|
| Expert disclosures: | April 30, 2018 |
| Rebuttal expert disclosures: | May 31, 2018 |
| Completion of fact discovery: | March 30, 2018 |
| Completion of all discovery: | June 29, 2018 |
| Discovery motions filed: | June 29, 2018 |

**Motion Hearing Schedules**

| | |
|---|---|
| Filing of motions for class certification: | August 21, 2017 |
| Opposition to class certification motion: | October 6, 2017 |
| Reply to opposition: | November 6, 2017 |
| All other motions to be filed by: | July 31, 2018 |

**Trial Deadlines**

| | |
|---|---|
| Final Pretrial Conference: | October 9, 2018 |

Trial: December 11, 2018

Whereas, the parties in both actions previously requested, and the Court granted, extensions of the deadline to file amended pleadings as a matter of right, but the parties have not requested changes to any other deadline set by the Court.

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the cases captioned *Shasta Linen Supply, Inc. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-00158-WBS-AC and *Pet Food Express Ltd. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-0211-WBS-AC are consolidated for pre-trial purposes only but not for the purposes of trial. The parties reserve the right to request consolidation for all purposes or that certain issues be tried jointly. The parties expressly reserve all rights, claims and defenses that were otherwise available if these actions were not consolidated.

2. The following deadlines will apply with respect to pleadings and motions related to Plaintiffs' amended complaints:

| | |
|---|---|
| Defendants to answer, move or otherwise plead: | August 10, 2017 |
| Plaintiffs to file opposition/reply to counterclaim: | September 14, 2017 |
| Defendants to file reply to opposition: | October 5, 2017 |

Any motions will be noticed for the next available hearing date.

3. Discovery will continue during the above pleading/motion schedule and the pendency of any motion(s) to dismiss filed by Defendants.

4. Due to the amended complaints, which will trigger a new round of pleadings, the scheduling deadlines shall be extended by six months. The new deadlines shall be:

**Discovery**

| | |
|---|---|
| Expert disclosures: | October 31, 2018 |
| Rebuttal expert disclosures: | November 28, 2018 |
| Completion of fact discovery: | September 28, 2018 |
| Completion of all discovery: | January 31, 2019 |
| Discovery motions filed: | January 31, 2019 |

1 | **Motion Hearing Schedules**
2 | Filing of motions for class certification: February 22, 2018
3 | Opposition to class certification motion: April 6, 2018
4 | Reply to opposition: May 7, 2018
5 | All other motions to be filed by: January 31, 2019
6 | **Trial Deadlines**
7 | Final Pretrial Conference: **April 15, 2019 at 1:30 p.m.**
8 | Trial: **June 11, 2019 at 9:00 a.m.**
9 | Except as modified, the prior scheduling order remains unchanged.

Dated: June 30, 2017　　　　　　　　　　　HINSHAW & CULBERTSON LLP

By: /s/ Travis R. Wall
　　SPENCER Y. KOOK
　　TRAVIS R. WALL
　　Attorneys for Defendants
　　APPLIED UNDERWRITERS INC., APPLIED
　　UNDERWRITERS CAPTIVE RISK
　　ASSURANCE COMPANY, INC.,
　　CALIFORNIA INSURANCE COMPANY,
　　INC. and APPLIED RISK SERVICES, INC.

Dated: June 30, 2017　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　　　　　FLOM LLP

By: /s/ Raoul D. Kennedy (as authorized on June 30, 2017)
　　RAOUL D. KENNEDY
　　Attorneys for Defendants
　　APPLIED UNDERWRITERS INC., APPLIED
　　UNDERWRITERS CAPTIVE RISK
　　ASSURANCE COMPANY, INC.,
　　CALIFORNIA INSURANCE COMPANY,
　　INC. and APPLIED RISK SERVICES, INC.

| | | |
|---|---|---|
| Dated: June __, 2017 | | FARMER SMITH & LANE, LLP |
| | By: | /s/ Craig E. Farmer (as authorized on June 30, 2017) |
| | | CRAIG E. FARMER |
| | | JOHN L. HALL |
| | | Attorneys for Plaintiff |
| | | SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |
| Dated: June 30, 2017 | | LAW OFFICES OF JOHN DOUGLAS MOORE |
| | By: | /s/ John Douglas Moore (as authorized on June 30, 2017) |
| | | JOHN DOUGLAS MOORE |
| | | Attorneys for Plaintiffs |
| | | PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |
| Dated: June 30, 2017 | | BERGER & MONTAGUE, P.C. |
| | By: | /s/ Glen Abramson (as authorized on June 30, 2017) |
| | | GLEN ABRAMSON *Pro Hac Vice* |
| | | Attorneys for Plaintiffs |
| | | PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |
| Dated: June 30, 2017 | | O'CONNOR REDD LLP |
| | By: | /s/ Kevin Page (as authorized on June 30, 2017) |
| | | KEVIN PAGE *Pro Hac Vice* |
| | | Attorneys for Plaintiffs |
| | | PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |

**SIGNATURE ATTESTATION**

I, Travis Wall, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Consolidating Related Actions for Pre-Trial Purposes and Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ Travis Wall
TRAVIS WALL

**ORDER**

Pursuant to stipulation, and good cause appearing, it is so ordered.

Dated: July 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE