John Douglas Moore (SBN 95655)
**LAW OFFICES OF JOHN DOUGLAS MOORE**
1970 Broadway, Ste 950
Oakland, CA 94612
Telephone: (510) 893-6300

Attorneys for Plaintiffs
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLIED UNDERWRITERS INC., et al, <br><br> Defendants. | Case No. 2:16-CV-00158-WBS-AC <br><br> **STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' COUNTERCLAIMS AND ORDER THEREON** |
| PET FOOD EXPRESS LTD., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLIED UNDERWRITERS INC., et al., <br><br> Defendants. | Case No. 2:16-CV-01211-WBS-AC <br><br> Judge William B. Shubb |

Plaintiffs SHASTA LINEN SUPPLY, INC. ("Shasta Linen"), PET FOOD EXPRESS LTD. ("Pet Food"), and ALPHA POLISHING, INC. ("Alpha Polishing") and Defendants APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC. ("Defendants") (collectively "the Parties"), through their counsel stipulate as follows:

## **RECITALS**

1. Plaintiff Shasta Linen filed its Second Amended Complaint on June 21, 2017, and Plaintiffs Pet Food and Alpha Polishing filed their First Amended Complaint on June 21, 2017.

2. Defendants filed motions to dismiss. In an October 17, 2017 order, the motions were granted in part and denied in part.

3. On November 3, 2017, Defendants filed an Answer to the Shasta Linen Second Amended Complaint on, and an Answer and Counterclaim to the Pet Food Express and Alpha Polishing First Amended Complaint.

4. Under Rule 12, Plaintiffs' deadline to file a responsive pleading to Defendants' counterclaim is November 24, 2017.

5. Plaintiffs have asked for one additional week to file responsive pleadings with respect to the Counterclaims. Defendants are agreeable to the extension.

6. The extension will not affect any Court ordered dates or deadlines.

## **STIPULATION**

The Parties hereby stipulate pursuant to Civil Local Rules 137 and 143 that Plaintiffs' deadline to file responsive pleadings with respect to Defendants' Counterclaims is extended from November 3, 2017, to December 1, 2017.

1
STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
Case Nos. 2:16-CV-00158-WBS-AC; 2:16-CV-01211-WBS-AC

| | | |
|---|---|---|
| Dated: November 22, 2017 | | LAW OFFICES OF JOHN DOUGLAS MOORE |
| | By: | /s/ John Douglas Moore |
| | | JOHN DOUGLAS MOORE |
| | | Attorneys for Plaintiffs |
| | | PET FOOD EXPRESS LTD. and ALPHA POLISHING, INC. |
| Dated: November 22, 2017 | | FARMER SMITH & LANE, LLP |
| | By: | /s/ John L. Hall (as authorized on November 22, 2017) |
| | | CRAIG E. FARMER |
| | | JOHN L. HALL |
| | | Attorneys for Plaintiff |
| | | SHASTA LINEN SUPPLY, INC. |
| Dated: November 22, 2017 | | HINSHAW & CULBERTSON LLP |
| | By: | /s/ Spencer Y. Kook (as authorized on November 22, 2017) |
| | | SPENCER Y. KOOK |
| | | TRAVIS WALL |
| | | Attorneys for Defendants |
| | | APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., AND CALIFORNIA INSURANCE COMPANY, INC. |

## SIGNATURE ATTESTATION

I, John Douglas Moore, am the ECF user whose identification and password are being used to file this Stipulation Extending Time to Respond to Defendants' Counterclaims. In compliance with

| | |
|---|---|
| 1 | |
| 2 | Local Rules, I hereby attest that all party signatories hereto concur in this filing. |
| 3 | |
| 4 | /s/ John Douglas Moore |
| 5 | JOHN DOUGLAS MOORE |
| 6 | |
| 7 | **IT IS SO ORDERED** |
| 8 | **Dated: November 22, 2017** |

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE