Kevin Page (*Pro Hac Vice*)
Kevin@CandPlaw.com
CUMMINGS & PAGE, LLP
Briarcliff Manor, NY 10510
Telephone:  (914) 821-6400
Facsimile:  (914) 821-6444

Attorneys for Plaintiffs
PET FOODS EXPRESS, LTD, and
ALPHA POLISHING, INC. d/b/a
GENERAL PLATING CO.,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., <br> - Plaintiffs, <br> vs. <br> APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC., <br> - Defendants. | Case No. 2:16-CV-00158-WBS-AC <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** <br><br> Judge William B. Shubb |
| PET FOOD EXPRESS LTD., a California corporation and all those similarly situated and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., <br> - Plaintiffs, <br> vs. <br> APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC. <br> - Defendants. | Case No. 2:16-CV-01211-WBS-AC <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** <br><br> Judge William B. Shubb |

**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**

Whereas, the parties entered into a Protective Order concerning confidentiality of documents

produced in document discovery, as well as deposition testimony, and such Protective Order was So-Ordered by this Honorable Court on February 6, 2017;

Whereas, the parties in the above actions consolidated (for pre-trial purposes) have been engaged in document discovery and conducted depositions;

Whereas, as part of discovery the parties have produced documents and provided deposition testimony that are confidential in nature, and therefore covered under the Protective Order;

Whereas, in connection with class certification motion currently due to be filed by July 19, 2018, Plaintiffs intend to reference and attach certain confidential or highly confidential documents and testimony, which are covered under the Protective Order and therefore will be required (with permission of the Court) to be filed under seal or redacted;

Whereas, the plaintiffs intend to submit a motion to file documents under seal, pursuant to Local Rule 141, as well as redact certain portions of their publicly filed motion papers, pursuant to Local Rule 140, and the defendants have consented to such application to the Court;

Whereas certain oral depositions of both Plaintiffs and Defendants have only recently taken place, including on July 2nd, July 3rd, and July 12th (with additional depositions scheduled for July 23rd and 24th), and certain interrogatory responses served on June 12, 2018 will be responded to by Defendants on July 19th (due to their complex nature);

Whereas, the parties in both actions previously requested, and the Court granted, extensions of the deadlines set by the Court;

Whereas, Plaintiffs seek additional time to incorporate the recent discovery and the parties agree that an additional limited one-week extension of the deadlines is necessary to allow Plaintiffs to ensure compliance with the Stipulated Protective Order and Local Rules 140 and 141 regarding the filing of documents under seal and with redactions in connection with the filing of Plaintiffs' motion for class certification;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the following deadlines in the scheduling order dated February 6, 2018 shall be extended, as follows:

| Event | Old Date | New Date |
|---|---|---|
| Filing of motions for class certification: | July 19, 2018 | July 26, 2018 |
| Opposition to class certification motion: | September 6, 2018 | September 13, 2018 |
| Reply to opposition: | October 9, 2018 | October 11, 2018 |

Except as modified, the prior scheduling order remains unchanged and will not be impacted by this limited extension.

Dated: July 13, 2018

FARMER SMITH & LANE, LLP

By: /s/ Craig E. Farmer
CRAIG E. FARMER
Attorneys for Plaintiff
SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated, and
ALPHA POLISHING, INC. d/b/a
GENERAL PLATING CO

Dated: July 13, 2018

LAW OFFICES OF JOHN DOUGLAS MOORE

By: /s/ John Douglas Moore
JOHN DOUGLAS MOORE
Attorneys for Plaintiffs
PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and
ALPHA POLISHING, INC. d/b/a
GENERAL PLATING CO

Dated: July 13, 2018

BERGER & MONTAGUE, P.C.

By: /s/ Glen Abramson
GLEN ABRAMSON *Pro Hac Vice*
PETER R. KAHANA, *Pro Hac Vice*
Attorneys for Plaintiffs
PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and
ALPHA POLISHING, INC. d/b/a
GENERAL PLATING CO

Dated: July 13, 2018     HINSHAW & CULBERTSON LLP

By: /s/ Travis R. Wall
SPENCER Y. KOOK
TRAVIS R. WALL
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

Dated: July 13, 2018     DLA PIPER LLP

By: /s/ Shand S. Stephens
SHAND S. STEPHENS
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

## SIGNATURE ATTESTATION

I, Kevin Page, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ Kevin Page
KEVIN PAGE

## ORDER

Pursuant to stipulation, and good cause appearing, it is so ordered.

Dated: July 16, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE