SHAND S. STEPHENS (Bar No. 67694)
shand.stephens@dlapiper.com
AMANDA L. MORGAN (Bar No. 246277)
amanda.morgan@dlapiper.com
JEANETTE T. BARZELAY (Bar No. 261780)
jeanette.barzelay@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

TRAVIS R. WALL (SBN 191662)
twall@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

SPENCER Y. KOOK (SBN 205304)
skook@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants Applied Underwriters, Inc.,
Applied Underwriters Captive Risk Assurance Company,
Inc., California Insurance Company, and Applied Risk
Services

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,<br><br>- Plaintiffs,<br><br>vs.<br><br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>- Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge William B. Shubb |

| | |
|---|---|
| PET FOOD EXPRESS LTD., a California corporation and all those similarly situated and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., <br> - Plaintiffs, <br> vs. <br> APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC. <br> - Defendants. | Case No. 2:16-CV-01211-WBS-AC <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** <br><br> Judge William B. Shubb |

## **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**

Whereas, on July 17, 2018, this Court entered the Parties' "Stipulation and Order Modifying Scheduling Order" (DKT. 91);

Whereas the same counsel that are representing the Parties in these Actions are likewise representing the Parties in another case in the Southern District of New York under the caption *National Convention Services, LLC v. Applied Underwriters, Inc., et al*., No. 15-cv-07063(JGK) (the "New York Case"), which involves many similar legal and factual issues as those presented here, and is also brought as a putative class action;

Whereas the Parties, since July 2017, have been coordinating discovery efforts in these Actions and the New York Case so as to ensure efficient completion of all production of documents and ESI by the Parties at the earliest feasible date;

Whereas, as a result of this coordination, discovery has been substantially streamlined in these Action, allowing the Parties to resolve all discovery disputes in a single forum, under the supervision of Magistrate Judge Allison Claire;

Whereas, on July 26, 2018, consistent with the Order, the Plaintiffs submitted their motion requesting class certification status under Federal Rule of Civil Procedure 23 on behalf of a California-only class of plaintiffs ("Motion") (DKTS. 93-97);

Whereas the Motion was over 60 pages in length, and relied on more than 50 supporting evidentiary exhibits, including expert reports from three separate experts;

| | |
|---|---|
| 1 | Whereas, as a result of the length, breadth, and volume of the Motion and its supporting |
| 2 | materials, Defendants need additional time to reasonably respond to the Motion; |
| 3 | Whereas the Parties are also actively engaged in fact discovery ongoing in these Actions |
| 4 | and the New York Case; |
| 5 | Whereas, as a further result of the necessity of simultaneously producing documents and |
| 6 | ESI in these Actions and the New York Case (some of which is unique to each litigation), and |
| 7 | because of the deadlines related to class certification in these Actions, discovery and other |
| 8 | litigation activities in both cases have already taken longer than the Parties expected; |
| 9 | Whereas, in light of all the foregoing, the Parties agree that an extension of the deadlines |
| 10 | for briefing and hearing on the Motion is necessary to allow Defendants to fully consider the |
| 11 | materials filed in support of the Motion and to complete expert discovery necessitated by the |
| 12 | scale and scope of those materials, as well as to complete certain fact discovery in both the New |
| 13 | York Case and in these Actions; |
| 14 | IT IS HEREBY STIPULATED by the Parties, through their counsel of record, that the |
| 15 | following deadlines in the scheduling order dated February 6, 2018, as modified on July 17, 2018, |
| 16 | shall be extended as follows: |

| Event | Old Date | New Date |
|---|---|---|
| Opposition to class certification motion: | September 13, 2018 | October 12, 2018 |
| Reply to opposition: | October 11, 2018 | December 7, 2018 |
| Hearing: | November 13, 2018 | January 14, 2019 |

Except as modified, the prior scheduling order remains unchanged and will not be impacted by this limited extension.

Dated: August 29, 2018            DLA PIPER LLP

                                  By: /s/ Shand S. Stephens
                                      SHAND S. STEPHENS
                                      Attorneys for Defendants APPLIED
                                      UNDERWRITERS INC., APPLIED
                                      UNDERWRITERS CAPTIVE RISK
                                      ASSURANCE COMPANY, INC., CALIFORNIA
                                      INSURANCE COMPANY, INC. and APPLIED
                                      RISK SERVICES, INC.

Dated: August 29, 2018　　　　　　　　　HINSHAW & CULBERTSON LLP

By: /s/ Travis R. Wall
SPENCER Y. KOOK
TRAVIS R. WALL
Attorneys for Defendants APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

Dated: August 29, 2018　　　　　　　　　FARMER SMITH & LANE, LLP

By: /s/ Craig E. Farmer
CRAIG E. FARMER
Attorneys for Plaintiff SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO

Dated: August 29, 2018　　　　　　　　　LAW OFFICES OF JOHN DOUGLAS MOORE

By: /s/ John Douglas Moore
JOHN DOUGLAS MOORE
Attorneys for Plaintiffs PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO

Dated: August 29, 2018　　　　　　　　　BERGER & MONTAGUE, P.C.

By: /s/ Glen Abramson

GLEN ABRAMSON *Pro Hac Vice*
PETER R. KAHANA*, Pro Hac Vice*
Attorneys for Plaintiffs PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO

**SIGNATURE ATTESTATION**

I, Shand S. Stephens, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ *Shand S. Stephens*
SHAND S. STEPHENS

**ORDER**

Pursuant to stipulation, and good cause appearing, it is so ordered that the following deadlines in the scheduling order dated February 6, 2018, as modified on July 17, 2018, shall be extended as follows:

Event

Opposition to class certification motion: October 12, 2018

Reply to opposition: December 7, 2018

Hearing: **January 22, 2019 at 1:30 p.m.**

Except as modified, the prior scheduling order remains unchanged and will not be impacted by this limited extension.

Dated: August 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE