Glen L. Abramson (pro hac vice)
gabramson@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

Attorney for Plaintiffs
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

SHASTA LINEN SUPPLY, INC., a California corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,
- Plaintiffs,

vs.

APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,
- Defendants.

**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING SCHEDULING ORDER**

Case No. 2:16-CV-00158-WBS-AC
Judge William B. Shubb

PET FOOD EXPRESS LTD., a California corporation and all those similarly situated and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,
- Plaintiffs,

vs.

APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.
- Defendants.

Case No. 2:16-CV-01211-WBS-AC
Judge William B. Shubb

## STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

Whereas, *Shasta Linen Supply, Inc. v. Applied Underwriters, Inc.*, Case No. 2:16-cv-00158-WBS-AC and *Pet Food Express Ltd. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-0211-WBS-AC are consolidated for pre-trial purposes (DKT 59);

Whereas, Plaintiffs on July 26, 2018 submitted a Notice of Motion, and Motion for Class

Certification in the above consolidated matters on (DKTS 93-97);

Whereas, on August 31, 2018, this Court entered the Parties' "Stipulation and Order Modifying Scheduling Order" (DKT 104) setting a deadline of October 12, 2018 for Defendants' "Opposition to class certification motion" and a deadline of December 7, 2018 for Plaintiffs' "Reply to opposition";

Whereas, on October 12, 2018, Defendants filed an Opposition to Plaintiffs' Motion for Class Certification (DKTS 105-106);

Whereas, a number of Plaintiffs' counsel have scheduling conflicts that have recently arisen and cannot be adjusted;

Whereas, Plaintiffs inadvertently overlooked in stipulating to the previous schedule that December 7, 2018 was a Friday, and one of Plaintiffs' counsel located in Philadelphia that will be involved in the physical filing of Plaintiffs' Reply to Defendant' Opposition observes the Sabbath (from sundown on Fridays), which begins approximately 4:17 Eastern Time on December 7, 2018;

Whereas, in connection with Plaintiffs' Reply to Defendant' Opposition Plaintiffs intend to reference and attach certain confidential or highly confidential documents and testimony, and require additional time to meet and confer with Defendants over the scope of what the Parties will request the Court to allow Plaintiffs to Seal and/or Redact, pursuant to Local Rule 140-141;

Whereas, in light of all the foregoing, the Parties agree that Plaintiffs in these consolidated actions should be granted a short four (4) day extension until December 11, 2018 to file their Reply to Defendants Opposition to Class Certification.

Whereas, (unless the Court deems otherwise) the Hearing related to Plaintiffs' Motion For Class Certification shall remain scheduled for January 22, 2019 at 1:30, and except as modified, the prior scheduling order, remains unchanged and will not be impacted by this four day limited extension.

In consequence of the foregoing, the Parties respectfully request that the proposed short four (4) day extension until December 11, 2018 to file Plaintiffs' Reply to Defendants Opposition to

Class Certification be granted.

Respectfully submitted,

Dated: November 30, 2018

FARMER SMITH & LANE, LLP

By: /s/ Craig E. Farmer
CRAIG E. FARMER
Attorneys for Plaintiff
SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO

Dated: November 30, 2018

LAW OFFICES OF JOHN DOUGLAS MOORE

By: /s/ John Douglas Moore
JOHN DOUGLAS MOORE
Attorneys for Plaintiffs
PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO

Dated: November 30, 2018

BERGER & MONTAGUE, P.C.

By: /s/ Glen Abramson
GLEN ABRAMSON *Pro Hac Vice*
PETER R. KAHANA *Pro Hac Vice*
Attorneys for Plaintiffs
PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO

Dated: November 30, 2018

HINSHAW & CULBERTSON LLP

By: /s/ Travis R. Wall
SPENCER Y. KOOK
TRAVIS R. WALL
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED

UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

Dated: November 30, 2018

DLA PIPER LLP

By: /s/ Shand S. Stephens
SHAND S. STEPHENS
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

**SIGNATURE ATTESTATION**

I, Glen Abramson, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ Glen Abramson
GLEN ABRAMSON

**ORDER**

Pursuant to stipulation, and good cause appearing, it is so ordered: The time to file Plaintiffs' Reply to Defendants' Opposition to Class Certification is extended to December 11, 2018.

Dated: November 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE