UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY; and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | No. 2:16-cv-158 WBS AC |
| PET FOOD EXPRESS LTD, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY, | No. 2:16-cv-1211 WBS AC<br><br>ORDER |

1

| | |
|---|---|
| INC., and APPLIED RISK SERVICES, INC., | |
| Defendants. | |

----oo0oo----

In light of the present status of this case, the court hereby orders a Status Conference set for April 15, 2019 at 1:30 p.m. in Courtroom 5. No later than April 8, 2019, the parties shall meet and confer and submit a Joint Status Report. The Joint Status Report shall set forth the status of the case and each party's position on the following: (1) whether plaintiff Alpha Polishing, Inc. should be granted leave to file a renewed motion for class certification; (2) whether plaintiff(s) should be allowed to communicate with putative class members to develop additional evidence in support of such a motion or permissive joinder under Federal Rule of Civil Procedure 20; (3) possible modifications to the pretrial scheduling order; (4) the possibility of separate trials; (5) whether the court should set a settlement conference; and (6) any other issues the parties believe should be addressed at this time. The Joint Status Report shall also address any other issues that the parties think need to be discussed.

IT IS SO ORDERED.

Dated: March 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE