1  SHAND S. STEPHENS (Bar No. 67694)
   shand.stephens@dlapiper.com
2  AMANDA L. MORGAN (Bar No. 246277)
   amanda.morgan@dlapiper.com
3  JEANETTE T. BARZELAY (Bar No. 261780)
   jeanette.barzelay@dlapiper.com
4  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
5  San Francisco, California 94105
   Telephone:   415.836.2500
6  Facsimile:   415.836.2501

7  TRAVIS R. WALL (SBN 191662)
   twall@mail.hinshawlaw.com
8  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor San Francisco, CA 94111
9  Telephone: (415) 362-6000
   Facsimile: (415) 834-9070

11 SPENCER Y. KOOK (SBN 205304)
   skook@mail.hinshawlaw.com
   HINSHAW & CULBERTSON LLP
12 633 West 5th Street
   Forty-Seventh Floor
13 Los Angeles, CA 90071
   Telephone: (213) 680-2800
14 Facsimile: (213) 614-7399

15 Attorneys for Defendants Applied Underwriters, Inc.,
   Applied Underwriters Captive Risk Assurance Company,
16 Inc., California Insurance Company, and Applied Risk
   Services

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison Claire<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER** |

| | |
|---|---|
| PET FOOD EXPRESS LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLIED UNDERWRITERS, INC., et al., <br><br> Defendants. | Case No. 2:16-01211 WBS AC <br><br> Judge William B. Shubb <br> Magistrate Judge Allison <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER** |

1     Whereas, the parties in the above actions consolidated for pre-trial purposes have been engaged in discovery of both class and merits issues;

    Whereas, the parties requested and the Court previously granted extensions of the expert, pre-trial, and trial deadlines by orders dated July 6, 2017 and February 6, 2018 (ECF Nos. 59 and 84, respectively), in order to allow for pleadings motion practice and for the parties to resolve discovery issues;

    Whereas, on January 29, 2019, the Court denied Plaintiffs' motion for class certification (ECF No. 116);

    Whereas, Plaintiffs applied *ex parte* and the Court has scheduled a Status Conference for April 15, 2019 (the "4/15/19 Status Conference") to consider (1) whether plaintiff Alpha Polishing, Inc. should be granted leave to file a renewed motion for class certification; (2) whether plaintiff(s) should be allowed to communicate with putative class members to develop additional evidence in support of such a motion or permissive joinder under Federal Rule of Civil Procedure 20; (3) possible modifications to the pretrial scheduling order; (4) the possibility of separate trials; (5) whether the court should set a settlement conference; and (6) any other issues the parties believe should be addressed at this time; and

    Whereas, the parties agree that, because the current deadline for initial disclosures of experts will run prior to the 4/15/19 Status Conference, an additional extension of the expert and rebuttal expert disclosures deadlines by 30 days, to April 29, 2019, or to an alternate date to be set by the Court and the parties at or following the April 15, 2019 Status Conference, is reasonable pending the outcome of the Status Conference, and will promote judicial economy, avoid duplicative law and motion and discovery proceedings, and streamline adjudication of these matters;

    IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the current expert disclosure deadlines shall be extended as follows:

| Discovery | Prior Deadline | New Deadline |
|---|---|---|
| Expert disclosures | March 28, 2019 | April 29, 2019 |

-1-
STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER
CASE NO. 2:16-01211 WBS AC

DLA Piper LLP (US)
San Francisco

WEST\285731381.1

| **Discovery** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Rebuttal expert disclosures | April 29, 2019 | May 20, 2019 |
| Deadline to serve expert discovery requests | May 1, 2019 | June 10, 2019 |
| Close of expert discovery | July 1, 2019 | July 15, 2019 |

Except as modified above, the prior scheduling order remains unchanged.

Respectfully submitted,

Dated: March 25, 2019          DLA PIPER LLP (US)


By: */s/ Jeanette T. Barzelay*
    SHAND S. STEPHENS
    AMANDA L. MORGAN
    JEANETTE T. BARZELAY
    Attorneys for Defendants
    Applied Underwriters, Inc., Applied Underwriters
    Captive Risk Assurance Company, Inc., California
    Insurance Company, and Applied Risk Services, Inc.

Dated: March 25, 2019          HINSHAW & CULBERTSON LLP


By: */s/ Travis R. Wall*
    SPENCER Y. KOOK
    TRAVIS R. WALL
    Attorneys for Defendants
    Applied Underwriters, Inc., Applied Underwriters
    Captive Risk Assurance Company, Inc., California
    Insurance Company, and Applied Risk Services, Inc.

Dated: March 25, 2019          BERGER & MONTAGUE, P.C.


By: */s/ Glen Abramson*
    GLEN ABRAMSON *pro hac vice*
    PETER R. KAHANA *pro hac vice*
    Attorneys for Plaintiffs
    Pet Food Express Ltd., a California corporation, and
    all those similarly situated, and Alpha Polishing, Inc.
    d/b/a General Plating Co.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 25, 2019 | FARMER SMITH & LANE, LLP |
| 3 | | |
| 4 | | By: */s/ Craig E. Farmer* |
| 5 | | CRAIG E. FARMER<br>Attorneys for Plaintiff |
| 6 | | Shasta Linen Supply, Inc., on behalf of itself and all others similarly situated, and Alpha Polishing, Inc. d/b/a General Plating Co. |
| 7 | | |
| 8 | Dated: March 25, 2019 | LAW OFFICES OF JOHN DOUGLAS MOORE |
| 9 | | |
| 10 | | By: */s/ John Douglas Moore* |
| 11 | | JOHN DOUGLAS MOORE<br>Attorneys for Plaintiffs |
| 12 | | Pet Food Express Ltd., a California corporation, and all those similarly situated, and Alpha Polishing, Inc. d/b/a General Plating Co. |

## **SIGNATURE ATTESTATION**

I, Jeanette Barzelay, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

*/s/ Jeanette T. Barzelay*

# **ORDER**

Pursuant to stipulation, and good cause appearing, the Court hereby orders:

(1) The time to make expert disclosures and exchange expert reports is extended to April 29, 2019;

(2) The time to make rebuttal expert disclosures and exchange rebuttal expert reports is extended to May 20, 2019;

(3) The time to serve written discovery requests to experts is extended to June 10, 2019; and

(4) The date for the close of expert discovery is extended to July 15, 2019.

IT IS SO ORDERED.

DATED: March 27, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE