Glen L. Abramson (*pro hac vice*)
gabramson@bm.net
Peter R. Kahana (*pro hac vice*)
pkahana@bm.net
**BERGER MONTAGUE P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Plaintiffs
*Additional counsel listed below*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison Claire<br><br>**STIPULATION AND [PROPOSED] ORDER (REVISED) MODIFYING SCHEDULING ORDER** |
| PET FOOD EXPRESS LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>Defendants. | Case No. 2:16-01211 WBS AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison<br><br>**STIPULATION AND [PROPOSED] ORDER (REVISED) MODIFYING SCHEDULING ORDER** |

| | |
|---|---|
| 1 | Whereas, on November 14, 2016, the Court entered an initial Status (Pretrial Scheduling) |
| 2 | Order setting forth expert, pretrial, and trial deadlines in the above actions consolidated for |
| 3 | pretrial purposes; |
| 4 | Whereas, the parties requested and the Court previously granted extensions of the expert, |
| 5 | pretrial, and trial deadlines by orders dated July 6, 2017, February 6, 2018, March 27, 2019, and |
| 6 | April 25, 2019 (ECF Nos. 59, 84, 121, and 126, respectively); |
| 7 | Whereas, on April 17, 2019, the Court, *inter alia*, ordered these actions referred to the |
| 8 | Court's Voluntary Dispute Resolution Program ("VDRP"), ordered the parties within fourteen |
| 9 | (14) days of its Order to contact the VDRP administrator to start the process of selecting an |
| 10 | appropriate neutral; and ordered the parties to complete the VDRP session no later than June 14, |
| 11 | 2019. (ECF No. 124.); |
| 12 | Whereas, shortly prior to the May 3, 2019 deadline (set by the ADR program director) for |
| 13 | the parties to select a neutral, the parties learned that two of the three possible neutrals offered by |
| 14 | the VDRP administrator had conflicts due to their being former partners of DLA Piper, LLP, lead |
| 15 | counsel for Defendants; |
| 16 | Whereas, on May 3, 2019, the parties advised the VDRP administrator of the conflicts and |
| 17 | requested additional options but to date have not received a response; |
| 18 | Whereas, separate from and in addition to the VDRP process, the parties have also entered |
| 19 | discussions regarding resolution of the cases; and |
| 20 | Whereas, the parties agree that an additional extension of approximately thirty (30) days |
| 21 | of the expert and rebuttal expert disclosure deadlines as well as the VDRP deadline ordered by |
| 22 | the Court is reasonable to allow the parties to meaningfully engage in and complete the VDRP |
| 23 | process, and will promote judicial economy, avoid duplicative law and motion and discovery |
| 24 | proceedings, and streamline adjudication of these matters; |
| 25 | IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the |
| 26 | current case deadlines shall be modified as follows: |
| 27 | |
| 28 | |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert disclosures | May 20, 2019 | June 10, 2019 |
| Rebuttal expert disclosures | June 10, 2019 | June 24, 2019 |
| Deadline to serve expert discovery requests | June 14, 2019 | June 26, 2019[1] |
| Close of expert discovery | July 8, 2019 | July 12, 2019 |
| Deadline to complete VDRP process | June 14, 2019 | July 10, 2019 |
| Deadline to file dispositive motions | July 8, 2019 | July 12, 2019 |
| Deadline to file oppositions to dispositive motions | August 19, 2019 | August 12, 2019 |
| Deadline to file replies in support of dispositive motions | September 9, 2019 | August 26, 2019 |
| Dispositive motion hearing date | September 23, 2019 | September 9, 2019 |
| Pretrial conference | September 16, 2019 | September 30, 2019 |
| Trial date | November 13, 2019 | November 13, 2019 |

Respectfully submitted,

Dated: May 14, 2019     BERGER MONTAGUE P.C.


By:  */s/ Glen L. Abramson*
    GLEN ABRAMSON *pro hac vice*
    PETER R. KAHANA *pro hac vice*
    Attorneys for Plaintiffs Shasta Linen Supply, Inc.,
    Pet Food Express Ltd., a California corporation, and
    Alpha Polishing, Inc. d/b/a General Plating Co.


Dated: May 14, 2019     FARMER SMITH & LANE, LLP


By:  */s/ Craig E. Farmer*
    CRAIG E. FARMER
    Attorneys for Plaintiffs Shasta Linen Supply, Inc.,
    Pet Food Express Ltd., a California corporation, and

---

[1] This date is subject to an agreement that any written responses or documents would be served within fourteen (14) days from the date of service of the requests to ensure adequate time to review before the close of expert discovery and the dispositive motion filing deadline.

| | |
|---|---|
| | Alpha Polishing, Inc. d/b/a General Plating Co. |
| Dated: May 14, 2019 | LAW OFFICES OF JOHN DOUGLAS MOORE |
| | By: */s/ John Douglas Moore* <br> JOHN DOUGLAS MOORE <br> Attorneys for Plaintiffs Shasta Linen Supply, Inc., Pet Food Express Ltd., a California corporation, and Alpha Polishing, Inc. d/b/a General Plating Co. |
| Dated: May 14, 2019 | DLA PIPER LLP (US) |
| | By: */s/ Shand S. Stephens* <br> SHAND S. STEPHENS <br> AMANDA L. MORGAN <br> JEANETTE T. BARZELAY <br> Attorneys for Defendants <br> Applied Underwriters, Inc., Applied Underwriters Captive Risk Assurance Company, Inc., California Insurance Company, and Applied Risk Services, Inc. |

## **SIGNATURE ATTESTATION**

I, Glen Abramson, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

                        */s/ Glen L. Abramson*

# ORDER

Pursuant to stipulation, and good cause appearing, the Court hereby orders:

(1) The time to make expert disclosures and exchange expert reports is extended to June 10, 2019;

(2) The time to make rebuttal expert disclosures and exchange rebuttal expert reports is extended to June 24, 2019;

(3) The time to serve written discovery requests to experts is extended to July 26, 2019;

(4) The time to serve written responses and documents responsive to expert discovery requests shall be within fourteen (14) days from the date of service of the requests;

(5) The date for the close of expert discovery is modified to July 12, 2019;

(6) The deadline for filing and service of dispositive motions is July 12, 2019;

(7) The deadline for filing and service of oppositions to dispositive motions is August 12, 2019;

(8) The deadline for filing and service of replies in support of dispositive motions is August 26, 2019;

(9) The hearing on dispositive motions shall be September 9, 2019 at 1:30 p.m.

(10) The date for the pretrial conference is modified to September 30, 2019 at 1:30 p.m. The trial date shall remain November 13, 2019.

(11) The time for the parties to complete the Court's Voluntary Dispute Resolution Program ("VDRP") is extended to July 10, 2019.

IT IS SO ORDERED.

Dated: May 15, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE