1  SHAND S. STEPHENS (Bar No. 67694)
   shand.stephens@dlapiper.com
2  AMANDA L. MORGAN (Bar No. 246277)
   amanda.morgan@dlapiper.com
3  JEANETTE T. BARZELAY (Bar No. 261780)
   jeanette.barzelay@dlapiper.com
4  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
5  San Francisco, California 94105
   Telephone:   415.836.2500
6  Facsimile:   415.836.2501

7  TRAVIS R. WALL (SBN 191662)
   twall@mail.hinshawlaw.com
8  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor San Francisco, CA 94111
9  Telephone: (415) 362-6000
   Facsimile: (415) 834-9070

11 SPENCER Y. KOOK (SBN 205304)
   skook@mail.hinshawlaw.com
   HINSHAW & CULBERTSON LLP
12 633 West 5th Street
   Forty-Seventh Floor
13 Los Angeles, CA 90071
   Telephone: (213) 680-2800
14 Facsimile: (213) 614-7399

15 Attorneys for Defendants Applied Underwriters, Inc.,
   Applied Underwriters Captive Risk Assurance Company,
16 Inc., California Insurance Company, and Applied Risk
   Services

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison Claire<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER** |

| | |
|---|---|
| PET FOOD EXPRESS LTD., et al.,<br>  Plaintiffs,<br>v.<br>APPLIED UNDERWRITERS, INC., et al.,<br>  Defendants. | Case No. 2:16-01211 WBS AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       Whereas, on November 14, 2016, the Court entered an initial Status (Pretrial Scheduling) Order setting forth expert, pretrial, and trial deadlines in the above actions consolidated for pretrial purposes;

      Whereas, the parties requested and the Court previously granted extensions of the expert, pretrial, and trial deadlines by orders dated July 6, 2017, February 6, 2018, March 27, 2019, April 25, 2019, and May 15, 2019 (ECF Nos. 59, 84, 121, 126, and 129 respectively), in order to allow for pleadings motion practice, for the parties to resolve discovery issues, for the Court to conduct a status conference as requested by Plaintiffs, and to facilitate early settlement discussions and the parties' initial engagement in the Court's VDRP process;

      Whereas, the parties are actively engaged in the Court's VDRP process and have selected a mediator and a date for an initial mediation session, to take place on July 8, 2019;

      Whereas, the parties also have been and continue to be engaged in informal settlement discussions separate and apart from their participation in the VDRP process, and are hopeful that further discussions may lead to settlement of this matter either before, during, or following the July 8, 2019 mediation session;

      Whereas, the parties agree that a further extension of the remaining pretrial deadlines and trial date is reasonable to allow the parties to meaningfully engage in and complete the VDRP process and other settlement discussions, and will promote judicial economy, avoid potentially unnecessary law and motion and expert discovery proceedings, and streamline adjudication of these matters;

      IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the current expert disclosure and dispositive motion deadlines shall be modified as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Rebuttal expert disclosures | June 24, 2019 | July 15, 2019 |
| Deadline to serve expert discovery requests | June 26, 2019 | July 17, 2019 |
| Close of expert discovery | July 12, 2019 | July 26, 2019 |
| Deadline to file dispositive motions | July 12, 2019 | July 26, 2019 |

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to file oppositions to dispositive motions | August 12, 2019 | August 19, 2019 |
| Deadline to file replies in support of dispositive motions | August 26, 2019 | August 30, 2019 |
| Dispositive motion hearing date | September 9, 2019 | September 9, 2019 |
| Pretrial conference | September 30, 2019 | September 30, 2019 |
| Trial date | November 13, 2019 | November 13, 2019 |

IT IS FURTHER STIPULATED that responses to expert discovery requests shall be served no later than July 26, 2019, the new deadline for the close of expert discovery.

Except as modified above, the prior scheduling order remains unchanged.

Respectfully submitted,

Dated: June 20, 2019   DLA PIPER LLP (US)


By: */s/ Jeanette T. Barzelay*
    SHAND S. STEPHENS
    AMANDA L. MORGAN
    JEANETTE T. BARZELAY
    Attorneys for Defendants
    Applied Underwriters, Inc., Applied Underwriters Captive Risk Assurance Company, Inc., California Insurance Company, and Applied Risk Services, Inc.

WEST\286046826.2

Dated: June 20, 2019         HINSHAW & CULBERTSON LLP


                             By:     */s/ Travis R. Wall*
                                 SPENCER Y. KOOK
                                 TRAVIS R. WALL
                                 Attorneys for Defendants
                                 Applied Underwriters, Inc., Applied Underwriters
                                 Captive Risk Assurance Company, Inc., California
                                 Insurance Company, and Applied Risk Services, Inc.


Dated: June 20, 2019         BERGER & MONTAGUE, P.C.


                             By:     */s/ Glen Abramson*
                                 GLEN ABRAMSON *pro hac vice*
                                 PETER R. KAHANA *pro hac vice*
                                 Attorneys for Plaintiffs
                                 Pet Food Express Ltd., a California corporation, and
                                 all those similarly situated, and Alpha Polishing, Inc.
                                 d/b/a General Plating Co.


Dated: June 20, 2019         FARMER SMITH & LANE, LLP


                             By:     */s/ Craig E. Farmer*
                                 CRAIG E. FARMER
                                 Attorneys for Plaintiff
                                 Shasta Linen Supply, Inc., on behalf of itself and all
                                 others similarly situated, and Alpha Polishing, Inc.
                                 d/b/a General Plating Co.


Dated: June 20, 2019         LAW OFFICES OF JOHN DOUGLAS MOORE


                             By:     */s/ John Douglas Moore*
                                 JOHN DOUGLAS MOORE
                                 Attorneys for Plaintiffs
                                 Pet Food Express Ltd., a California corporation, and
                                 all those similarly situated, and Alpha Polishing, Inc.
                                 d/b/a General Plating Co.

## SIGNATURE ATTESTATION

I, Jeanette Barzelay, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

*/s/ Jeanette T. Barzelay*

# ORDER

Pursuant to stipulation, and good cause appearing, the Court hereby orders:

(1) The time to make rebuttal expert disclosures and exchange rebuttal expert reports is extended to July 15, 2019;

(2) The time to serve written discovery requests to experts is extended to July 17, 2019;

(3) The date for the close of expert discovery is extended to July 26, 2019;

(4) The deadline for filing and service of dispositive motions is July 26, 2019;

(5) Responses to expert discovery requests shall be served on or before July 26, 2019;

(6) The deadline for filing and service of oppositions to dispositive motions is August 19, 2019;

(7) The deadline for filing and service of replies in support of dispositive motions is August 30, 2019.

(8) The dispositive motion hearing date, pretrial conference date, and trial date remain unchanged from the prior scheduling order.

IT IS SO ORDERED.

Dated: June 24, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE