1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   SHASTA LINEN SUPPLY, INC., on        No. 2:16-cv-158 WBS AC
     behalf of itself and all others
13   similarly situated,

14            Plaintiff,

15       v.                               ORDER RELATING CASES

16   APPLIED UNDERWRITERS, INC.;
     APPLIED UNDERWRITERS CAPTIVE
17   RISK ASSURANCE COMPANY, INC.;
     CALIFORNIA INSURANCE COMPANY;
18   and APPLIED RISK SERVICES,
     INC.,
19
              Defendants.
20

21

22

23

24

25

26

27

28

| | |
|---|---|
| PET FOOD EXPRESS LTD, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>APPLIED UNERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>              Defendants. | No. 2:16-cv-1211 WBS AC |
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,,<br><br>              Plaintiffs,<br><br>     v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20,<br><br>              Defendants. | No. 2:20-cv-2096 KJM AC |

----oo0oo----

        Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because

2

1   all three cases appear to involve the legality of same or similar

2   transactions and the court's rulings on those transactions.

3   Accordingly, the assignment of the matters to the same judge is

4   likely to effect a substantial saving of judicial effort and is

5   also likely to be convenient for the parties.

6          The parties should be aware that relating the cases

7   under Local Rule 123 merely has the result that both actions are

8   assigned to the same judge; no consolidation of the actions is

9   effected.  Under the regular practice of this court, related

10  cases are generally assigned to the judge and magistrate judge to

11  whom the first filed action was assigned.

12         IT IS THEREFORE ORDERED that the actions denominated

13  Shasta Linen Supply, Inc. v. Applied Underwriters, Inc., 2:16-cv-

14  00158 WBS AC, Pet Food Express Ltd. v. Applied Underwriters Inc.,

15  No. 2:16-cv-01211 WBS AC, and Applied Underwriters, Inc. v. Lara,

16  2:20-cv-02096 KJM AC, be, and the same hereby are, deemed

17  related.[1]  The case denominated Applied Underwriters, Inc. v.

18  Lara, 2:20-cv-02096 KJM AC, shall be reassigned to the Honorable

19  WILLIAM B. SHUBB.  Any dates currently set in the reassigned case

20  only are hereby VACATED.  Henceforth, the captions on documents

21  filed in the reassigned case shall be shown as Applied

22  Underwriters, Inc. v. Lara, 2:20-cv-02096 WBS AC.

23  / / /

24  / / /

25

26  _____

27  [1]     The court previously related Case Nos. 2:16-cv-00158
    WBS AC and 2:16-cv-01211 WBS AC.  (Docket No. 28 in Case No.
    2:16-cv-00158 WBS AC, Docket No. 23 in Case No. 2:16-cv-01211 WBS

28  AC.)

1        IT IS FURTHER ORDERED that the Clerk of the Court make

2  an appropriate adjustment in the assignment of cases to

3  compensate for this reassignment.

4  Dated:   October 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4