1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

                               ----oo0oo----

11

12   SHASTA LINEN SUPPLY, INC., on          No. 2:16-cv-158 WBS AC
     behalf of itself and all others
13   similarly situated,

14              Plaintiff,

15        v.                                ORDER RELATING CASES

16   APPLIED UNDERWRITERS, INC.;
     APPLIED UNDERWRITERS CAPTIVE
17   RISK ASSURANCE COMPANY, INC.;
     CALIFORNIA INSURANCE COMPANY;
18   and APPLIED RISK SERVICES,
     INC.,

19
                Defendants.
20

21

22

23

24

25

26

27

28

                                    1

1

2    PET FOOD EXPRESS LTD, and ALPHA
     POLISHING, INC. d/b/a GENERAL
3    PLATING CO., on behalf of
     themselves and all others           No. 2:16-cv-1211 WBS AC
4    similarly situated,

5                   Plaintiffs,

6          v.

7    APPLIED UNERWRITERS, INC.;
     APPLIED UNDERWRITERS CAPTIVE
8    RISK ASSURANCE COMPANY, INC.;
     CALIFORNIA INSURANCE COMPANY,
9    INC., and APPLIED RISK
     SERVICES, INC.,

10                  Defendants.

11

12   APPLIED UNDERWRITERS, INC., a
     Nebraska corporation; and
13   APPLIED RISK SERVICES, INC., a
     Nebraska Corporation,,
14
                    Plaintiffs,
15
           v.                            No. 2:20-cv-2096 WBS AC
16
     INSURANCE COMMISSIONER OF THE
17   STATE OF CALIFORNIA RICARDO
     LARA, in his official capacity;
18   CALIFORNIA DEPARTMENT OF
     INSURANCE DEPUTY COMMISSIONER
19   KENNETH SCHNOLL, in his
     official capacity; CALIFORNIA
20   DEPARTMENT OF INSURANCE DEPUTY
     COMMISSIONER BRYANT HENLEY, in
21   his official capacity; and DOES
     1-20,
22
                    Defendants.
23

24

25

26

27

28

                                  2

1

2  CALIFORNIA INSURANCE COMPANY, a
   New Mexico corporation,

3              Plaintiff,

4       v.                                    No. 2:21-cv-30 JAM JDP

5  INSURANCE COMMISSIONER OF THE
   STATE OF CALIFORNIA RICARDO

6  LARA, in his official capacity;
   CALIFORNIA DEPARTMENT OF

7  INSURANCE DEPUTY COMMISSIONER
   KENNETH SCHNOLL, in his

8  official capacity; CALIFORNIA
   DEPARTMENT OF INSURANCE DEPUTY

9  COMMISSIONER BRYANT HENLEY, in
   his official capacity; and DOES

10 1-20,

11             Defendants.

12

13                              ----oo0oo----

14

15         Examination of the above-entitled actions reveals that

16 they are related within the meaning of Local Rule 123(a), because

17 all three cases appear to involve the legality of same or similar

18 transactions and the court's rulings on those transactions.

19 Accordingly, the assignment of the matters to the same judge is

20 likely to effect a substantial saving of judicial effort and is

21 also likely to be convenient for the parties.

22         The parties should be aware that relating the cases

23 under Local Rule 123 merely has the result that both actions are

24 assigned to the same judge; no consolidation of the actions is

25 effected.  Under the regular practice of this court, related

26 cases are generally assigned to the judge and magistrate judge to

27 whom the first filed action was assigned.

28         IT IS THEREFORE ORDERED that the actions denominated

                                  3

1   Shasta Linen Supply, Inc. v. Applied Underwriters, Inc., 2:16-cv-

2   00158 WBS AC, Pet Food Express Ltd. v. Applied Underwriters Inc.,

3   No. 2:16-cv-01211 WBS AC, Applied Underwriters, Inc. v. Lara,

4   2:20-cv-02096 WBS AC, and California Insurance Co. v. Lara, No.

5   2:21-cv-30 JAM JDP, be, and the same hereby are, deemed related.[1]

6   The case denominated California Insurance Co. v. Lara, No. 2:21-

7   cv-30 JAM JDP, shall be reassigned to the Honorable WILLIAM B.

8   SHUBB.  Any dates currently set in the reassigned case only are

9   hereby VACATED.  Henceforth, the captions on documents filed in

10  the reassigned case shall be shown as California Insurance Co. v.

11  Lara, No. 2:21-cv-30 WBS AC.

12          IT IS FURTHER ORDERED that the Clerk of the Court make

13  an appropriate adjustment in the assignment of cases to

14  compensate for this reassignment.

15  Dated:  January 11, 2021

16  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

---

27          [1]    The court previously related Case Nos. 2:16-cv-00158
    WBS AC, 2:16-cv-01211 WBS AC, and 2:20-cv-2096 WBS AC.

28